JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEO TECH SERVICES INC., <br> Plaintiff, <br> v. <br> MICHAEL REGAN, et al., <br> Defendants. | CV 20-1976 PA (PVCx) <br> JUDGMENT |

Pursuant to the Court's March 23, 2020 Order dismissing this action for lack of prosecution and failure to comply with the Court's order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: March 23, 2020

                                             Percy Anderson
                                   UNITED STATES DISTRICT JUDGE